UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-00235-BO

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | JUDGMENT |
| Plaintiff, | |
| vs. | |
| AMABLE FERREIRA, INDIVIDUALLY and f/d/b/a LESLIES SOUTHERN CUISINE; and FERREIRA COLLADO, LLC, an business entity f/d/b/a LESLIES SOUTHERN CUISINE, | |
| Defendants. | |

Default having been entered in this action on August 14, 2012 against Defendants Amable Ferreira, individually and f/d/b/a Leslies Southern Cuisine; and Ferreira Collado, LLC, a business entity f/d/b/a Leslies Southern Cuisine (hereinafter "Defendants"), and the motion for and declarations in support of default judgment having been filed on or about October 5, 2012, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants and in favor of J & J Sports Promotions, Inc. as follows:

a. For the violation of 47 U.S.C. §§ 605(e)(3)(B)(iii), (c)(i)(II) and (c)(ii): $ ~~100,000.00~~ $10,000.00 *TWB USDJ*

b. For the tort of conversion: $ 6,200.00

Total: ~~$106,200.00~~ $16,200.00 *TWB USDJ*

Accordingly, **JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF** ~~$106,200.00~~ $16,200.00 *TWB USDJ*.

**IT IS SO ORDERED:**

*/s/ Terrence Boyle*    Dated: 10-10-12

The Honorable Terrence W. Boyle
United States District Court
Middle District of North Carolina

///